**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Blanca Estela Estribero Martinez and Edgar Adan Guzman, | ) ) ) | Hon. Martha M. Pacold |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:22−cv−01482 |
| RG Maintence, Inc. and Raul Gaytan Guzman, | ) ) ) | |
| Defendants. | ) | |

### JUDGMENT ORDER

This matter before the court upon plaintiffs' motion for default judgment, the court having reviewed the submissions and being advised, due notice being served, IT IS HEREBY ORDERED:

1. Plaintiffs' motion is granted.

2. The court hereby enters judgment(s) in the amount of $96,932.50 in favor of Plaintiff Blanca Estela Estribero Martinez and against Defendants RG Maintence, Inc. and Raul Gaytan Guzman, jointly and severally. The judgment amount is itemized as follows:

    a)    $75,141.00 in treble unpaid overtime wages under IMWL; and

    b)    $19,291.50 in interest under the IMWL; and

    c)    $2,500.00 in unpaid wages under the IMWL.

3. The court hereby enters judgment(s) in the amount of $20,783.82 in favor of Plaintiff Edgar Adan Guzman, and against Defendants RG Maintence, Inc. and Raul Gaytan Guzman, jointly and severally. The judgment amount is itemized as follows:

    a)    $16,374.00 in treble unpaid overtime wages under IMWL; and

    b)    $4,409.92 in interest under the IMWL.

4. The Court hereby enters judgment(s) in the amount of $6,673.06 in favor of both Plaintiffs, and against Defendants RG Maintence, Inc. and Raul Gaytan Guzman, jointly and severally, representing attorneys' fees and costs.

This is a Default Judgment.

Dated: April 13, 2023

                                                                       /s/ Martha M. Pacold
                                                                       Martha M. Pacold